**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Francisco DE LA CRUZ–TREVINO,**
**Defendant–Appellant**

**No. 16-40066**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/18/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Francisco De La Cruz–Trevino raises an argument that is foreclosed by *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir. 2001). In *Daugherty*, we rejected a Commerce Clause challenge to 18 U.S.C. § 922(g) and held that "the constitutionality of § 922(g) is not open to question." *Daugherty*, 264 F.3d at 518 (internal quotation marks and citation omitted). Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5th Cir. R. 47.5.4.